# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHONG PHAM, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. CIV-25-1157-SLP |
| PAMELA BONDI, Attorney General, et al., | ) ) ) ) |
| Respondents. | ) |

## **O R D E R**

In accordance with 28 U.S.C. § 636, this matter is referred to United States Magistrate Judge Suzanne Mitchell for preliminary review, for conducting necessary hearings, including evidentiary hearings, for the entry of appropriate orders as to non-dispositive matters, and for the preparation and submission to the undersigned judge of Findings and Recommendations as to dispositive matters referenced in 28 U.S.C. §§ 636(b)(1)(B) and (C).

Notwithstanding Temporary General Order 25-8, the Court DIRECTS the United States to submit any filings as may be ordered by the Magistrate Judge.

IT IS SO ORDERED this 7th day of October, 2025.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE