IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHONG PHAM, | ) |
| Petitioner, | ) ) ) |
| v. | ) )   Case No. CIV-25-1157-SLP |
| PAMELA BONDI, Attorney General, et al., | ) ) ) ) |
| Respondents. | ) ) |

**O R D E R**

Before the Court is Respondents' Objection to Report and Recommendation [Doc. No. 19]. Given the expedited nature of the proceedings, Petitioner is directed to respond to the Objection on or before November 14, 2025.

IT IS SO ORDERED this 7th day of November, 2025.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE