**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

CHONG PHAM,                          )
                                     )
        Petitioner,                  )
                                     )
v.                                   )  Case No. CIV-25-1157-SLP
                                     )
PAMELA BONDI, et al.,                )
                                     )
        Respondents.                 )

## **O R D E R**

The Court is in receipt of Petitioner's Motion to Enforce Prior Order of Habeas

Corpus [Doc. No. 25].  Given the nature of these proceedings, Respondents are directed to

respond to the Motion within 3 days of the date of this Order or by April 3, 2026.  Should

Respondents or their counsel wish to respond to the Motion and require more time,

Respondents shall file a motion seeking additional time.

IT IS SO ORDERED this 31st day of March, 2026.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE