**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| CHONG PHAM, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-25-1157-SLP |
| | ) |
| PAMELA BONDI, Attorney General, | ) |
| et al., | ) |
| | ) |
| Respondents. | ) |

### **O R D E R**

Before the Court is Petitioner's Motion to Enforce Prior Order of Habeas Corpus [Doc. No. 25]. Respondents filed a Response to the Motion. *See* Resp. [Doc. No. 27]. Petitioner has not filed a reply and the time to do so has expired. Therefore, the matter is fully briefed and ready for determination.

On November 20, 2025, the Court ordered Petitioner Chong Pham's immediate release on the basis of Respondents' failure to comply with 8 C.F.R. § 241.13. *See* Order [Doc. No. 22]. Petitioner was released from detention and placed on his previous order of supervision on November 21, 2025. *See* Notice of Release [Doc. No. 24]. On March 30, 2026, Petitioner was re-detained by Immigration and Customs Enforcement authorities in Dallas, Texas. *See* Mot. [Doc. No. 25]; Dec. of Nicholas E. Rodriguez [Doc. No. 27-1] at 2.

Upon review, the Court finds that Petitioner has not demonstrated Respondents lacked evidence of changed circumstances to justify the March 30, 2026, revocation of Petitioner's Order of Supervision under § 241.13. Petitioner's sole basis for relief in the

Motion is his representation that "[t]o the best of [his] knowledge, Respondents still do not have a travel document for [him]." *See* Mot. [Doc. No. 25] at 2. In their Response, Respondents provided Petitioner's travel document issued by the government of Vietnam on March 5, 2026. *See* Travel Document [Doc. No. 27-2]. Petitioner did not rebut such evidence presented by the Respondents. Accordingly, the Court finds that denial of Petitioner's Motion is warranted.

IT IS THEREFORE ORDERED that Petitioner's Motion to Enforce Prior Order of Habeas Corpus [Doc. No. 25] is DENIED.

IT IS SO ORDERED this 29th day of April, 2026.

_____

**SCOTT L. PALK**
**CHIEF UNITED STATES DISTRICT JUDGE**

2